IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO 08/423 |
| | ) (Judge Kane) |
| v. | ) |
| | ) FILED |
| JUSTIN SMITH | ) HARRISBURG |
| | ) NOV 1 2008 |

## ORDER FOR WARRANT

NOW, this 19th day of November 2008, upon request of the United States Attorney for the Middle District of Pennsylvania,

**IT IS HEREBY ORDERED** that a warrant be issued for the arrest of the above-named defendant.

**IT IS FURTHER ORDERED** that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

_____
[X] UNITED STATES DISTRICT JUDGE
[ ] UNITED STATES MAGISTRATE JUDGE