UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

ANTHONY J. SCIRICA
CHIEF JUDGE

22614 UNITED STATES COURTHOUSE
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106
(215) 597-2399
FAX (215) 597-7373
ascirica@ca3.uscourts.gov

December 11, 2008
(via e-mail)

Honorable Maurice B. Cohill, Jr.
United States District Court
　　for the Western District of Pennsylvania
8170 United States Post Office and Courthouse
700 Grant Street
Pittsburgh, Pennsylvania 15219-1906

　　　　　　Re:　United States v. Justin Smith
　　　　　　　　　MDPa Criminal No. 08-cr-423

Dear Pinky:

　　　　Thank you for accepting the designation in the above-referenced action. By copy of this letter I ask that the Clerk of Court for the Middle District of Pennsylvania docket the enclosed designation order.

　　　　　　　　　　　　　　　Sincerely,


　　　　　　　　　　　　　　　/s/ Anthony J. Scirica

AJS:sss
Enclosure
cc:　Honorable Donetta W. Ambrose
　　　Honorable Yvette Kane
　　　Mary E. D'Andrea, Clerk
　　　Toby D. Slawsky, Circuit Executive

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

UNITED STATES OF AMERICA

v.

JUSTIN SMITH

Criminal No. 08-cr-423

---

DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

Pursuant to the provisions of 28 U.S.C. § 292(b), and after satisfying myself that it is in the public interest to do so, I do hereby designate and assign the Honorable Maurice B. Cohill, Jr. of the Western District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

/s/ Anthony J. Scirica
Anthony J. Scirica, Chief Judge
United States Court of Appeals
for the Third Circuit